IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AT MARTINSBURG

DONNIE E. MORELAND and
DOTTIE L. MORELAND, his wife,

    Plaintiffs,

v.                                          Civil Action No.: 3:23-CV-77

BLACK ROCK WIND FORCE, LLC,
a wholly owned subsidiary of Clearway Energy Group, LLC
and CLEARWAY ENERGY GROUP, LLC,

    Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL

On this date came the parties and stipulated to the voluntarily dismissal of all claims asserted in this civil action against the Defendant Clearway Energy Group, LLC, without prejudice.

This Stipulation is being offered pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties request that Clearway Energy Group, LLC be removed as a party from the style of the case.


/s/*Gretchen M. Callas*_____
Gretchen M. Callas (WVSB # 7136)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia  25322
Telephone:  304-340-1000
Fax:  304-340-1150
gcallas@jacksonkelly.com
    *Counsel for Defendants Black Rock Wind LLC*
    *and Clearway Energy Group, LLC*

1

4856-5407-9078

/s/ *Henry E Wood, III*
Henry E. Wood, III (WVSB #4117)
Wood Law Office, L.C.
4628 Pennsylvania Avenue
P.O. Box 826
Charleston, West Virginia 25323
Telephone: 304-345-9663
hwood@hwoodlaw.com
    *Counsel for Plaintiffs*